```
TOSTRUD LAW GROUP PC
  Jon A. Tostrud
1901 Avenue of the Stars 2nd Floor
Los Angeles, CA 90067
Telephone: (310) 278-2600
Facsimile:  (310) 278-2640
Email: jtostrud@tostrudlaw.com
```

*Attorneys for Plaintiffs Gary Stouch, Roy D. Sherrid and Branka Krsul (additional attorneys listed on signature page)*

```
LATHAM & WATKINS LLP
  Mark S. Mester (pro hac vice)
233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
E-mail:  mark.mester@lw.com
```

*Attorneys for Defendant American Honda Motor Co., Inc. (additional attorneys listed on signature page)*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| GARY STOUCH, ROY D. SHERRID and BRANKA KRSUL, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendant. | Case No. 2:10-cv-06236-VAP-OP<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>**NO DATES SCHEDULED** |

### JOINT STIPULATION OF DISMISSAL

On October 19, 2012, the only appeal to the class action settlement in *Lockabey et al. v. American Honda Motor Co., Inc.*, Case No. 37-2010-00087755-CU-BT-CTL (San Diego Cty. Super. Ct.) was dismissed. That settlement also resolves the claims in this action. Pursuant to Federal Rule of Civil Procedure 41, it is hereby stipulated and agreed that the above-entitled action be dismissed with prejudice, without costs and without attorneys' fees except as provided in the *Lockabey* Class Action Settlement Agreement and Release dated September 2, 2011.

Dated: October 24, 2012.        Respectfully submitted,

| TOSTRUD LAW GROUP PC | LATHAM & WATKINS LLP |
|---|---|
| By: /s/ Jon A. Tostrud | By: /s/ Mark S. Mester |
| Jon A. Tostrud | Mark S. Mester |

*Attorneys for Plaintiffs Gary Stouch, Roy D. Sherrid and Branka Krsul*

*Attorneys for Defendant American Honda Motor Co., Inc.*

TOSTRUD LAW GROUP PC
  Jon A. Tostrud
1901 Avenue of the Stars 2nd Floor
Los Angeles, CA 90067
Telephone: (310) 278-2600
Facsimile:  (310) 278-2640
Email: jtostrud@tostrudlaw.com

CUNEO GILBERT & LADUCA, LLP
  Jonathan W. Cuneo
  William H. Anderson
507 C Street, N.E.
Washington, D.C. 20002
Telephone: (202) 789-3960
Facsimile:  (202) 789-1813
E-mail: jonc@cuneolaw.com
            wanderson@cuneolaw.com

CHIMICLES & TIKELLIS LLP
  Nicholas E. Chimicles
  Alison G. Gushue
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Facsimile:  (610) 649-3633
E-mail   nick@chimicles.com
            agg@chimicles.com

LATHAM & WATKINS LLP
  Mark S. Mester (*pro hac vice*)
233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
E-mail: mark.mester@lw.com

LATHAM & WATKINS LLP
  Wendy Harper (SB#223690)
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone:  (213) 891-7767
Facsimile:  (213) 891-8763
E-mail: wendy.harper@lw.com

BARACK FERRAZZANO
KIRSCHBAUM & NAGELBERG LLP
  Livia M. Kiser (*pro hac vice*)
200 West Madison Street, Suite 3900
Chicago, Illinois 60606
Telephone: (312) 984-3100
Facsimile: (312) 984-3150
E-mail: livia.kiser@bfkn.com

IT IS SO ORDERED
Dated Nov. 6, 2012

/s/ Virginia A. Phillips
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

I hereby certify that I served the foregoing Joint Stipulation of Dismissal through the Court's CM/ECF system upon all counsel registered with that system.

/s/ Jon A. Tostrud

Jon A. Tostrud